707 A.2d 1140

RELIANCE INSURANCE COMPANY and Reliance Surety Company, Respondents,

v.

PENN PAVING, INC., Rocco A. Scigliano and Anna Scigliano, Petitioners.

Supreme Court of Pennsylvania.

April 13, 1998.

570

John P. Lacher, Pittsburgh, for petitioners.

### ORDER

PER CURIAM.

AND NOW this 13th day of April, 1998, the petition for allowance of appeal is granted, limited to the issue of whether Superior Court erred in finding that a material modification of Anna Scigliano's risk by an increased bonding line in 1990 did not discharge her from her obligations under an indemnity agreement executed in 1984.